JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GAGIK ANDRIASYAN,

Petitioner,

v.

MARKWAYNE MULLIN, ETC., ET AL.,

Respondents.

No. ED CV 26-1361-JAK(E)

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part: (a) ICE's previous arrest and detention of Petitioner (A# 244-368-422) violated Petitioner's due process rights; and (b) Respondents are enjoined from again detaining Petitioner without notice and a pre-detention hearing where the Government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or flight risk, and that no conditions other than his detention would be sufficient to prevent those harms.

DATED: July 28, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE